**JUDGE HELLERSTEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6734

------------------------------------------------------------x
EYGN LIMITED and ERNST & YOUNG LLP,   :
                                       :
                    Plaintiffs,        :    Civil Action No.
                                       :
    -against-                          :
                                       :    RULE 7.1 STATEMENT
                                       :
ENTRPRENEUR MEDIA, INC.,               :
                                       :
                    Defendant.         :
------------------------------------------------------------x



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs EYGN Limited and Ernst & Young LLP certifies that (i) EYGN Limited's parent company, EYGN Holdings Limited, is a private company under the laws of the Cayman Islands, (ii) Ernst & Young LLP has no parent corporation, and (iii) no publicly held entity owns 10% or more of any of the foregoing entities' stock.

Dated:   New York, New York          FROSS ZELNICK LEHRMAN & ZISSU, P.C.
         July 28, 2008

                                     By: _____
                                         Craig S. Mende
                                         David Donahue
                                         Betsy Judelson Newman

                                     866 United Nations Plaza
                                     New York, New York 10017
                                     (212) 813-5900

                                     *Attorneys for Plaintiffs*