Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Tel.: 212-806-5400
Fax: 212-806-6006
*Attorneys for Defendant*
    *Entrepreneur Media, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYGN LIMITED and ERNST & YOUNG LLP, | ECF CASE |
| Plaintiff, | Civil Action No.: 08-CIV-6734-(AKH) |
| v. | |
| ENTREPRENEUR MEDIA, INC., | |
| Defendant. | |

## DEFENDANT'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Entrepreneur Media Inc., certifies that there is no corporate parent of Defendant, and no publicly held corporation that owns 10% or more of Defendant's stock.

NY 71705181

2

                                                  Respectfully submitted,

Dated:  August 19, 2008                  STROOCK & STROOCK & LAVAN LLP

                                                By:  s/ Steven B. Pokotilow\_\_\_\_
                                                     Steven B. Pokotilow
                                                     Richard Eskew
                                                     180 Maiden Lane
                                                     New York, New York  10038
                                                     Tel:  (212) 806-5400
                                                     Fax: (212) 806-6006
                                                     spokotilow@stroock.com
                                                     reskew@stroock.com

NY 71705181