Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Entrepreneur Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EYGN LIMITED and ERNST & YOUNG LLP, | ECF CASE |
| Plaintiff, | Civil Action No.: 08-CIV-6734-(AKH) |
| v. |  |
| ENTREPRENEUR MEDIA, INC., |  |
| Defendant. |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Steven B. Pokotilow, a member of the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as counsel in addition to Richard Eskew in the above-captioned action on behalf Defendant Entrepreneur Media, Inc.

NY 71705160

2

                                        STROOCK & STROOCK & LAVAN LLP
                                        Attorneys for Defendant
                                        180 Maiden Lane
                                        New York, New York  10038
                                        (212) 806-5400


                                        By:  s/ *Steven B. Pokotilow*
Dated:  New York, New York                           Steven B. Pokotilow
                                                    spokotilow@stroock.com
        August 19, 2008

NY 71705160