Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant*
  *Entrepreneur Media, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
EYGN LIMITED and ERNST & YOUNG LLP,   :   **ECF CASE**
                                      :
                                      :   Civil Action No.  08-CIV-6734 (AKH)
            Plaintiffs,               :
                                      :
    v.                                :
                                      :
ENTREPRENEUR MEDIA, INC.,             :
                                      :
            Defendant                 :
---------------------------------------------------------------x

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiffs, EYGN Limited and Ernst & Young LLP ("Plaintiffs") filed a complaint on July 28, 2008 (the "Complaint") against Defendant, Entrepreneur Media, Inc. ("Entrepreneur");

WHEREAS, Counsel for Entrepreneur accepted service of the Summons and Complaint on Entrepreneur's behalf on July 30, 2008, making Entrepreneur's response to the Complaint due August 19, 2008;

AND, WHEREAS, Plaintiffs and Entrepreneur have mutually agreed that Entrepreneur shall have until September 4, 2008 to answer or otherwise respond to the Complaint in accordance with Federal Rule of Civil Procedure 12;

NY 71705107

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by mutual agreement of the parties, by and through their respective counsel, and without waiver of any right, that Entrepreneur shall have until September 4, 2008 to answer or otherwise respond to the Complaint.  No previous requests for adjournments or extensions have been requested in connection with the Complaint.  Plaintiffs and Entrepreneur consent to the extension.  No other dates have been scheduled at this time.

Respectfully submitted,

Dated:  New York, New York
        August 19, 2008

| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| By: *s/David A. Donahue*<br>    Craig S. Mende<br>    David A. Donahue<br>    Betsy J. Newman<br>    866 United Nations Plaza<br>    New York, NY 10017<br>    Tel: (212) 813-5900<br>    cmende@frosszelnick.com<br>    ddonahue@frosszelnick.com<br>    bnewman@frosszelnick.com | By: *s/Steven B. Pokotilow*<br>    Steven B. Pokotilow<br>    Richard Eskew<br>    180 Maiden Lane<br>    New York, New York  10038<br>    Tel: (212) 806-5400<br>    Fax: (212) 806-6006<br>    spokotilow@stroock.com<br>    reskew@stroock.com |
| ATTORNEYS FOR PLAINTIFFS<br>EYGN LIMITED<br>ERNST & YOUNG LLP | ATTORNEYS FOR DEFENDANT ENTREPRENEUR MEDIA, INC. |

New York, New York

_____, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2

NY 71705107