Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Entrepreneur Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EYGN LIMITED and ERNST & YOUNG LLP, | ECF CASE |
| Plaintiff, | Civil Action No.: 08-CIV-6734-(AKH) |
| v. | |
| ENTREPRENEUR MEDIA, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Richard Eskew, special counsel in the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as counsel in addition to Steven B. Pokotilow in the above-captioned action on behalf of Defendant Entrepreneur Media, Inc.

NY 71705147

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400


By:   *s/Richard Eskew*
       Richard Eskew
       reskew@stroock.com


Dated:   New York, New York
          August 19, 2008

NY 71705147