Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Defendant*
  *Entrepreneur Media, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
EYGN LIMITED and ERNST & YOUNG LLP,      :      ECF CASE
                                                                 :
             Plaintiffs,                                 :      Civil Action No. 08-CIV-6734 (AKH)
                                                                 :
     v.                                                      :
                                                                 :
ENTREPRENEUR MEDIA, INC.,                  :
                                                                 :
             Defendant.                                 :
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a true and correct copy of the **Notice of Appearance for Steven B. Pokotilow**, **Notice of Appearance for Richard Eskew**, **Stipulation For Extension of Time to Respond to Complaint**, and **Defendant's Fed. R. Civ. P. 7.1 Statement**, were electronically served upon the following attorneys of record on August 19, 2008 via the CM/ECF system for the United States District Court for the Southern District of New York:

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Craig S. Mende [cmende@frosszelnick.com]
David A. Donahue [ddonahue@frosszelnick.com]
Betsy J. Newman [bnewman@frosszelnick.com]
866 United Nations Plaza
New York, NY 10017
*Attorney for Plaintiffs EYGN Limited*
*and Ernst & Young LLP.*

NY 71705813

STROOCK & STROOCK & LAVAN LLP
Attorneys for Defendant
180 Maiden Lane
New York, New York  10038
(212) 806-5400


By:   *s/Richard Eskew*
      Richard Eskew
      reskew@stroock.com


Dated:   New York, New York
         August 19, 2008

NY 71705813